UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JENNIFER RAULERSON,

Plaintiff,

-vs-	Case No. 6:10-cv-238-Orl-18DAB

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 2). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The motion is **DENIED** and the complaint is without merit and is therefore **DISMISSED**. Clerk of the Court is directed to CLOSE the case.

It is **SO ORDERED** in Orlando, Florida, this ____/____ day of February, 2010.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record
Pro se Plaintiff
United States Magistrate Judge