# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JENNIFER RAULERSON,**

        **Plaintiff,**

**-vs-**                                        **Case No. 6:10-cv-238-Orl-18DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL (Doc. No. 14)**
>
> **FILED:**     May 13, 2010
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

Upon an affidavit of indigency, any court of the United States may authorize a party to proceed *in forma pauperis*. 28 U.S.C. § 1915(a). However, "an appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). The good faith standard is an objective standard. *See Coppedge v. United States*, 369 U.S. 438, 445, 82 S.Ct. 917, 921, 8 L.Ed.2d 21 (1962). An appeal is not taken in good faith if the issue presented is frivolous. *Id.*

Here, Plaintiff is appealing the Court's Order denying her motion to proceed *in forma pauperis,* and dismissing the Complaint (*See* Doc. Nos. 3, 11). As set forth in the Court's prior Report and Recommendation adopted by the District Court, however, this Court is without jurisdiction to review the Commissioner's decision not to reopen Plaintiff's social security claim. Neither the Notice of Appeal nor the instant motion offers anything to alter that conclusion. As such, Plaintiffs' current position, to the extent it can be ascertained,[1] is without arguable merit and is therefore frivolous.

It is therefore **respectfully recommended** that the Court **certify** that the appeal is not taken in good faith. If the Court so certifies in writing, the application should be denied pursuant to 28 U.S.C. § 1915(a)(3).

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on July 15, 2010.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy

---

[1] It appears that Plaintiff is contending that, despite the fact that her social security application denial was reviewed and upheld by other courts, including the Ninth Circuit Court of Appeals, "[i]t has never had a review in this court. . ." (Doc. No. 14 at p. 5). As explained in the prior Report, this does not provide a basis for jurisdiction here over the Commissioner's refusal to reopen that claim.