UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JENNIFER RAULERSON,

Plaintiff,

-vs-

Case No. 6:10-cv-238-Orl-18DAB

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Court certifies that the appeal is not taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3), therefore, Plaintiff's Motion to Proceed In Forma Pauperis On Appeal (Doc. No. 14) is DENIED.

It is **SO ORDERED** in Orlando, Florida, this ___3___ day of August, 2010.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge